UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re: Currency Conversion

Docket Nos.   05-1869-cv(L)
05-1871-cv(con)
05-2066-cv(xap)
~~05-8015~~
~~05-8022~~
~~05-6829~~
~~05-6832~~
~~06-0091-cv~~
~~06-0372-cv(xap)~~

FILED
OCT 18 2006

## STIPULATION CONTINUING THE WITHDRAWAL OF APPEALS FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

WHEREAS, the parties in the above-captioned appeals (the "Foreign Currency Appeals") previously stipulated that the Foreign Currency Appeals be withdrawn from active consideration, without prejudice, and without costs or attorneys' fees, subject to reactivation of any of the Foreign Currency Appeals by counsel for any appellant or petitioner by written notice to the Clerk of this Court and to the undersigned counsel by October 27, 2006; and

WHEREAS, the parties' prior stipulation was entered by this Court on May 5, 2006; and

WHEREAS, the parties have reached a written settlement agreement to resolve the claims asserted in the underlying litigation on a classwide basis, and the plaintiffs filed a motion for the preliminary approval of that settlement by the district court on August 15, 2006; and

WHEREAS, the process of obtaining approval of the settlement and implementing the settlement may take a year or more, due to, *inter alia*, the process of identifying, and providing notice to, numerous class members;

THEREFORE, the parties to the Foreign Currency Appeals further stipulate as follows, and respectfully request that the Court enter this stipulation.

1.    The parties stipulate that each of the above-captioned related appeals continue to be withdrawn from active consideration, **without prejudice**. This stipulation is without prejudice to the parties' ability to submit a revised stipulation, on or prior to October 31, 2007, seeking an extension of the period that these appeals be withdrawn from active consideration with leave to reactivate.

2.    If not timely reactivated by October 31, 2007, and no extension of the period that these appeals be withdrawn from active consideration is timely sought, the appeals shall be withdrawn (See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002)).

3.    Withdrawal of the appeals from active consideration shall not operate as a dismissal of the appeals under F.R.A.P. 42(b).

Dated: October 11, 2006

Benjamin Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

One of the Attorneys for Citigroup Inc.,
Citibank (South Dakota), N.A., for itself and
as successor-in-interest to Universal Bank,
N.A., Universal Financial Corp., and
Citicorp Diners Club, Inc.
*Appellants in Nos. 05-1869 & 06-0091,*
*Cross-Appellees in Nos. 05-2066 & 06-*
*0372, and Respondents in 05-8015, 05-8022,*
*05-6829 & 05-6832*

2

Dated: *October 11, 2006*

Merrill G. Davidoff
Berger & Montague P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

One of the Attorneys for the Plaintiffs
below, on behalf of themselves and all
others similarly situated
*Appellees in Nos. 05-1869, 05-1871 & 06-
0091; Cross-Appellants in Nos. 05-2066 &
06-0372; Petitioners in Nos. 05-8015, 05-
8022, 05-6829 & 05-6832*

Dated: *October 11, 2006*

Peter E. Greene
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

One of the Attorneys for JP Morgan Chase
& Co., Chase Manhattan Bank USA, N.A.,
and JP Morgan Chase Bank
*Appellants in No. 05-1871, Cross-Appellees
in Nos. 05-2066, and Respondents in Nos.
05-8015 & 05-8022*

Dated: *October 11, 2006*

Christopher R. Lipsett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

One of the Attorneys for MBNA
Corporation and MBNA America Bank,
N.A.
*Respondents in Nos. 05-8015 & 05-8022*

3

Dated: *October 11, 2006*                    *Jay N. Fastow* /CBW
                                              Jay N. Fastow
                                              Weil, Gotshal & Manges LLP
                                              767 Fifth Avenue
                                              New York, NY 10153
                                              (212) 310-8000

                                              One of the Attorneys for MasterCard
                                              International Incorporated
                                              *Respondent in Nos. 05-8015 & 05-8022*


Dated: *October 11, 2006*                    *Brian P. Brosnahan* /CBW
                                              Brian P. Brosnahan
                                              Heller Ehrman LLP
                                              333 Bush Street
                                              San Francisco, California 94104
                                              (415) 772-6000

                                              One of the Attorneys for VISA U.S.A., Inc.
                                              *Respondent in Nos. 05-8015 & 05-8022*


Dated: *October 11, 2006*                    *Randall A. Hack* /CBW
                                              Randall A. Hack
                                              Lord, Bissell & Brook LLP
                                              115 South LaSalle Street
                                              Chicago, Illinois 60603
                                              (312) 443-0700

                                              One of the Attorneys for Visa International
                                              Service Association
                                              *Respondent in Nos. 05-8015 & 05-8022*

Dated: *October 11, 2006*

*Charles E. Buffon* /CBN
Charles E. Buffon
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000

One of the Attorneys for Bank One
Corporation and Bank One, Delaware, N.A.
*Respondents in Nos. 05-8015 & 05-8022*

Dated: *October 11, 2006*

*Mark P. Ladner* /CBN
Mark P. Ladner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050
(212) 468-8000

One of the Attorneys for Bank of America
Corp. and Bank of America N.A. (USA)
*Respondents in Nos. 05-8015 & 05-8022*

Dated: *October 11, 2006*

*George A. Cumming* /CBN
George A. Cumming
Morgan, Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, California 94105
(415) 442-1000

One of the Attorneys for Household
International, Inc. and Household Bank
(SB), N.A.
*Respondents in Nos. 05-8015 & 05-8022*

5

Dated: *October 11, 2006*

*Edward D. Rogers /wjrv*
Edward D. Rogers
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599

One of the Attorneys for Providian Financial
Corp., Providian National Bank, and
Providian Bank
*Respondents in Nos. 05-8015 & 05-8022*

*So Ordered*

**FOR THE COURT**:

ROSEANN B. MacKECHNIE, Clerk

By: *Lisa J. Greenberg*

Lisa J. Greenberg, Staff Counsel

6