UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re CURRENCY CONVERSION FEE         :     01-MD-01409 (WHP)
ANTITRUST LITIGATION                  :
                                      :     M 21-95
                                      :
This Document Relates To:             :
                                      :
     ALL ACTIONS.                     :
                                      :
------------------------------------------------------------ x

## NOTICE OF APPEAL

Notice is hereby given that Priceline.com, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment in the above captioned case entered on November 4, 2009, including, but not limited to, the District Court's Memorandum and Order, dated October 22, 2009.

Respectfully submitted,

PRICELINE.COM, INC.

By: _____
Joseph L. Clasen (JC-1759)
Thomas J. Donlon (TD-5850)
ROBINSON & COLE LLP
1055 Washington Boulevard
Stamford, CT 06901-2249
Tel. No.: (203) 462-7500
Fax No.: (203) 462-7599
jclasen@rc.com
tdonlon@rc.com

Dated: Stamford, Connecticut
       November 18, 2009

10103527-v1