# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re CURRENCY CONVERSION FEE ANTITRUST LITIGATION | 1:01-md-1409-WHP<br>M-21-95 |

### NOTICE OF APPEAL
### OF CLASS MEMBERS/OBJECTORS DAVID MURRAY, MARION MURRAY, AND JOEL SHAPIRO

Class members/Objectors David T. Murray, Marion R. Murray, and Joel Shapiro hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of Dismissal filed November 4, 2009 and the incorporated October 22, 2009 Memorandum and Order.

David T. Murray, Marion R. Murray,
And Joel Shapiro,
By their attorney,

John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Phone: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

Counsel to be served:

Bonnie E. Sweeney
Coughlin Stoia LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Merrill G. Davidoff
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

George A. Cumming, Jr.
Morgan Lewis & Bockius LLP
One Market Street, Spear Tower
San Francisco, CA 94105

Peter E. Greene
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

David F. Graham
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Mark P. Ladner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Charles E. Buffon
Covington & Burling
1201 Pennsylvania Avenue NW
Washington DC 20004

Edward D Rogers
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st floor
Philadelphia, PA 19103

Daniel H. Squire
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street NW
Washington DC 20037

Edward C. Fitzpatrick
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

                                                                           _____
                                                                           John Pentz

Case 1:01-md-01409-WHP   Document 772   Filed 11/23/2009   Page 3 of 3