UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------X

In re CURRENCY CONVERSION FEE
ANTITRUST LITIGATION

FILED U.S. DC
APR 05 2010
S.D. OF N.Y.

Court of Appeals Docket No. 09-4938-cv

**NOTICE OF APPEAL**

01 MD 1409

This Document Relates To:

ALL ACTIONS.
---------------------------------------------------------X

Notice is hereby given that objector Herbert A. Berger hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's March 5, 2010 Memorandum and Order requiring certain, but not all, of the objector-appellants, to post an appeal bond in the amount of $50,000 to cover photocopying expenses [DE 810].

Dated: April 5, 2010
       New York, New York

OSBORN LAW, P.C.

_____
Daniel A. Osborn
295 Madison Avenue, 39th Floor
New York, New York 10017
T: 212.725.9800
F: 212.725.9808
E: dosborn@osbornlawpc.com

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------------X
In re CURRENCY CONVERSION FEE
ANTITRUST LITIGATION

Court of Appeals Docket No. 09-4938-cv

**AFFIRMATION OF SERVICE**

This Document Relates To:

ALL ACTIONS.
------------------------------------------------------X

I BENJAMIN COLEMAN declare under penalty of perjury that I have served by email a copy of the attached NOTICE OF APPEAL for Objector Herbert Berger upon:

George A. Cumming, Jr., Esq.
Harry T. Robins, Esq.
Kent M. Roger, Esq.
Sarah Sandok Rabinovici, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA 94105
gcumming@morganlewis.com
hrobins@morganlewis.com
kroger@morganlewis.com
srabinovici@morganlewis.com

David F. Graham, Esquire
Eric H. Grush, Esquire
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
dgraham@sidley.com
egrush@sidley.com

Charles E. Buffron, Esquire
Robert D. Wick, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004
cbuffon@cov.com
rwick@cov.com

Daniel H. Squire, Esquire
Christopher R. Lipsett, Esquire
WILMER CUTLER PICKERING
HALL & DORR LLP
2445 M Street, NW
Washington, DC 20037
daniel.squire@wilmerhale.com
chris.lipsett@wilmerhale.com

Peter E. Greene, Esquire
Cyrus Amir-Mokri, Esquire
SKADDEN ARPS LLP
Four Times Square
New York, NY 10036
pgreene@skadden.com

Mark P. Ladner, Esquire
William R. Wade-Gery, Esquire
MORRISON & FOERSTER, LLP
1290 Avenue of the Americas
New York, NY 10104
mladner@mofo.com
wwade-gery@mofo.com

Edward D. Rogers, Esquire
BALLARD, SPAHR, ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
rogers@ballardspahr.com

Randall A. Hack, Esquire
LOCKE LORD BISSEL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
rhack@lockelord.com

Jay N. Fatsow, Esquire
DICKSTEIN SHAPIRO, LLP
1633 Broadway
New York, NY 10019
fastowj@dicksteinshapiro.com

Brian P. Brosnahan, Esquire
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
101 California Street, Suite 2050
San Franscisco, CA 94111
bbrosnahan@kasowitz.com

Dennis Stewart, Esquire
HULETT, HARPER STEWART, LLP
525 B. Street, Suite 760
San Diego, CA 92101
dstewart@hulettharper.com

Merrill G. Davidoff, Esquire
Ted Millstein, Esquire
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, PA 19103-6305
mdavidoff@bm.net
rgordon@bm.net
dlanger@bm.net

Bonny E. Sweeney, Esquire
Christopher Burke, Esquire
COUGHLIN STOIA GELLER LLP
655 West Broadway, suite 1900
San Diego, CA 92101
bonnys@csgrr.com
joed@csgrr.com

Bob J. Vizas, Esquire
ARNOLD & PORTER LLP
27th Floor
275 Battery Street
San Francisco, CA 94111-3305

Irving Bizar, Esquire
BALLON STOLL
BADER & NADLER, PC
1450 Broadway, 14th Floor
New York, NY 10018
ibizar@ballonstoll.com

Dated: April 5, 2010
      New York, New York

_____
Benjamin Coleman

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-------------------------------------------------------X
In re CURRENCY CONVERSION FEE
ANTITRUST LITIGATION

                                                             Court of Appeals Docket No. 09-4938-cv

                                                             MDL No. 1409

This Document Relates To:

ALL ACTIONS.
-------------------------------------------------------X

## NATURE OF THE ACTION

1. In lower court, Mr. Berger, through his counsel, Osborn Law, P.C. and Stanley H. Epstein, asserted that the notices to be mailed to class members and published in various journals and periodicals (the "Notices"), were constitutionally defective.

2. After several months of work with plaintiffs' counsel, the changes requested by Mr. Berger and his attorneys were accepted. Those changes conferred a benefit on the class members by providing them with additional information with which to evaluate the fairness of the settlement, thereby allowing them to make educated, informed decisions about whether to participate in, object to, or opt-out of the MDL settlement.

3. On January 30, 2008, objector Berger filed an application for attorneys' fees and expenses for worked performed for the benefit of class members in the MDL litigation.

4. On October 22, 2009, the Court's Memorandum and Order granted final approval of the settlement, and on November 4, 2009, the Court entered a Final Judgment and Order of Dismissal in this case. In its October 22, 2009 Memorandum, the Court stated that objector Berger and his counsel did little to aid the Court and that any notice modifications were entirely

on the Court's initiative and devised by the Special Master and the parties. [DE 755 p. 40]. This statement is not correct.

5. On November 25, 2009, objector Herbert A. Berger filed an appeal in the United States Court of Appeals for the Second Circuit from the Court's October 22, 2009 Memorandum and Order granting final approval of the settlement, plan allocation, and class certification, and granting in part, plaintiffs' motion for an award of attorneys' fees and expenses and PSLRA awards [DE 755], and the Final Judgment, entered November 4, 2009 [DE 763].

6. On December 22, 2009, plaintiff's counsel filed a motion to require appeal bonds of some, but not all, of the objectors for a total of $50,000 [DE 785, 786, 787, and 788].

7. On January 5, 2010, objector Herbert Berger filed an opposition to plaintiffs' request to require appeal bonds of some, but certainly not all, of objectors [DE 790].

8. On January 19, 2010, plaintiffs filed a reply memorandum in further support of their request to require some of the objectors to post an appeal bond [DE 800].

9. On March 5, 2010, the Court granted class counsel's request for an appeal bond and ordered a $50,000 appeal bond jointly and severally on certain objector appellants, including objector- appellant Herbert Berger [DE 810].

10. On March 8, 2010, plaintiffs endorsed a letter to Judge Pauley requesting that the Court set a deadline of fourteen days following the March 5, 2010 Order, or no later than March 19, 2010, for named appellants to post the bond [DE 812].

11. On March 10, 2010, objector-appellant Berger wrote the Court in response to plaintiffs' March 8, 2010 request that the appellants be required to post the appeal bond by March 19, 2010. In his letter memorandum, he requested that the Court modify its Order and

give the appellants until April 5, 2010 to post the bond. On March 18, 2010, the Court denied objector Berger's request. [DE 817].

12. Objector Berger now appeals the Court's March 5, 2010 Order requiring an appeal bond.