USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 OCT 2010

S.D.N.Y.-N.Y.C.
01-md-1409
Pauley, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of October, two thousand ten,

Present:
    ROGER J. MINER,
    BARRINGTON D. PARKER,
    REENA RAGGI,
        *Circuit Judges.*



In re Currency Conversion Fee Antitrust Litigation,    09-4937-cv (L); 09-5060-cv (con); 09-5053-cv (con); 06-5327-cv

The above-noted appeals are consolidated for the purposes of this order.

Appellees, through counsel, move to dismiss the appeals docketed under 09-4937, 09-5060, 09-5053, and 06-5327 because Appellants have not paid the required $50,000 appeal bond. Upon due consideration, it is hereby ORDERED that the motions are GRANTED in part, and these appeals will be dismissed unless Appellants pay the appeal bond within 30 days of the entry of this Order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



SAO-RH

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

CERTIFIED:    OCT 0 8 2010