**01-md-1409(WHP)**



# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re: Currency Conversion

Docket Nos. 05-1869-cv(L)
05-1871-cv(con)
05-2066-cv(xap)
05-8015
05-8022
05-6829
05-6832
06-0091-cv
06-0372-cv(xap)

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** November 18, 2011

## STIPULATION WITHDRAWING APPEALS FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties in these appeals hereby stipulate that each of the above-captioned related appeals is hereby withdrawn from active consideration, **without prejudice**, and without costs or attorneys' fees, subject to reactivation of any appeal by any appellant's counsel by written notice to the Clerk of this Court and to the undersigned counsel by October 27, 2006. This stipulation is without prejudice to the parties' ability to submit a revised stipulation, on or prior to October 27, 2006, seeking an extension of the period that these appeals be withdrawn from active consideration with leave to reactivate.

If not timely reactivated by October 27, 2006, and no extension of the period that these appeals be withdrawn from active consideration is timely sought, the appeals shall be withdrawn (See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002)).

**MANDATE ISSUED ON 11/17/2011**

Withdrawal of the appeals from active consideration shall not operate as a dismissal of the appeals under F.R.A.P. 42(b).

Dated: *April 20, 2006*

_____
Benjamin Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

One of the Attorneys for Citigroup Inc.,
Citibank (South Dakota), N.A., for itself and
as successor-in-interest to Universal Bank,
N.A., Universal Financial Corp., and
Citicorp Diners Club, Inc.
*Appellants in Nos. 05-1869 & 06-0091,*
*Cross-Appellees in Nos. 05-2066 & 06-*
*0372, and Respondents in 05-8015, 05-8022,*
*05-6829 & 05-6832*

Dated: *April 19, 2006*

_____
Merrill G. Davidoff
Berger & Montague P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

One of the Attorneys for the Plaintiffs
below, on behalf of themselves and all
others similarly situated
*Appellees in Nos. 05-1869, 05-1871 & 06-*
*0091; Cross-Appellants in Nos. 05-2066 &*
*06-0372; Petitioners in Nos. 05-8015, 05-*
*8022, 05-6829 & 05-6832*

Dated: _April 20, 2006_

*Peter E. Greene* /CBN

Peter E. Greene
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

One of the Attorneys for JP Morgan Chase
& Co., Chase Manhattan Bank USA, N.A.,
and JP Morgan Chase Bank
*Appellants in No. 05-1871, Cross-Appellees
in Nos. 05-2066, and Respondents in Nos.
05-8015 & 05-8022*

Dated: _April 20, 2006_

*Christopher R. Lipsett* /CBN

Christopher R. Lipsett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

One of the Attorneys for MBNA
Corporation and MBNA America Bank,
N.A.
*Respondents in Nos. 05-8015 & 05-8022*

Dated: _April 20, 2006_

*Jay N. Fastow* /CBN

Jay N. Fastow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

One of the Attorneys for MasterCard
International Incorporated
*Respondent in Nos. 05-8015 & 05-8022*

Dated: *April 20, 2006*                     *Brian P. Brosnahan* /CBN
                                            Brian P. Brosnahan
                                            Heller Ehrman LLP
                                            333 Bush Street
                                            San Francisco, California 94104
                                            (415) 772-6000

                                            One of the Attorneys for VISA U.S.A., Inc.
                                            *Respondent in Nos. 05-8015 & 05-8022*


Dated: *April 20, 2006*                     *Randall A. Hack* /CBN
                                            Randall A. Hack
                                            Lord, Bissell & Brook LLP
                                            111 South Wacker Drive
                                            Chicago, Illinois 60606
                                            (312) 443-0700

                                            One of the Attorneys for Visa International
                                            Service Association
                                            *Respondent in Nos. 05-8015 & 05-8022*


Dated: *April 20, 2006*                     *Charles E. Buffon* /CBN
                                            Charles E. Buffon
                                            Covington & Burling
                                            1201 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20004-2401
                                            (202) 662-6000

                                            One of the Attorneys for Bank One
                                            Corporation and Bank One, Delaware, N.A.
                                            *Respondents in Nos. 05-8015 & 05-8022*

Dated: *April 20, 2006*

*Mark P. Ladner* / CBW

Mark P. Ladner
Morrisson & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050
(212) 468-8000

One of the Attorneys Bank of America
Corp. and Bank of America N.A. (USA)
*Respondents in Nos. 05-8015 & 05-8022*

Dated: *April 20, 2006*

*George A. Cumming* / CBW

George A. Cumming
Morgan, Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, California 94105
(415) 442-1000

One of the Attorneys for Household
International, Inc. and Household Bank
(SB), N.A.
*Respondents in Nos. 05-8015 & 05-8022*

Dated: *April 20, 2006*

*Edward D. Rogers* / CBW

Edward D. Rogers
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599

One of the Attorneys for Providian Financial
Corp., Providian National Bank, and
Providian Bank
*Respondents in Nos. 05-8015 & 05-8022*

*So Ordered*

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By

Lisa J. Greenberg, Staff Counsel

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*