UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE                                             :     MDL No. 1409
                                                        M 21-95
CURRENCY CONVERSION FEE           :
ANTITRUST LITIGATION                       ORDER
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      By Order dated October 20, 2014, this Court approved a final distribution plan for the residual net settlement funds totaling approximately $15,031,553. (See ECF No. 996.) The Order provided that no check could be negotiated more than 270 days after October 20, 2014. Accordingly, the time to negotiate final distribution checks expired on July 17, 2015.

      Plaintiffs' lead counsel and the Claims Administrator are directed to file a report regarding the results of the final distribution of the residual net settlement funds by September 25, 2015. The report should include any proposal for disposition of undistributed funds and any requests for additional fees or disbursements.

Dated: August 19, 2015
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record.*